160 A.3d 768

**Daniel VERMEYCHUK, Petitioner**

v.

**PENNSYLVANIA PUBLIC UTILITY COMMISSION, Respondent**

**No. 369 MAL 2016**

Supreme Court of Pennsylvania.

October 27, 2016

## ORDER

PER CURIAM

**AND NOW**, this 27th day of October, 2016, the Petition for Allowance of Appeal and Application for Leave to File a Reproduced Record are **DENIED.**